UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MIKLE L. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25 CV 490 RWS |
| | ) | |
| PEPSICO, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

It now appearing that this Court has diversity jurisdiction over this action,

**IT IS HEREBY ORDERED** that, to the extent plaintiff's filing dated May 5, 2025 [11], requests remand of this action, it is denied.

**IT IS FURTHER ORDERED** that plaintiff shall forthwith amend his complaint to name the correct corporate entity as the defendant owner of the subject property, *see* ECF 14, and obtain service upon the same.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of May, 2025.